Robert D. SHRUHAN, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2009–7032.

United States Court of Appeals,
Federal Circuit.

March 25, 2009.

Patryk J. Drescher, David J. Barrans, Jane C. Kang, Department of Justice, Washington, DC, for Respondent–Appellee.

Robert D. Shruhan, Peabody, MA, pro se.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FLEXSYS AMERICA L.P., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Sinorgchem Co., Shandong, Intervenor,

and

Korea Kumho Petrochemical Co., Ltd.,
Kumho Tire USA, Inc. and Kumho
Tire Co., Inc., Intervenors.

No. 2009–1129.

United States Court of Appeals,
Federal Circuit.

March 26, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).